

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
08/31/2016

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **Lydia Garcia** | § | **15-31976** |
| | § | |
| **Debtor** | § | **Chapter 13** |

## ORDER VACATING ORDER

It is ORDERED that the Order Granting Trustee's Motion to Pay Funds into the Court Registry entered by this Court on August 30, 2016 (docket entry #63) was entered in error and is hereby VACATED.

Signed this ___**31st**___ day of August, 2016.

_____
Jeff Bohm
United States Bankruptcy Judge